

Same case below, 406 Fed. Appx. 701.

**No. 10-10042. Joel Christopher Holmes, Petitioner v. Washington.**

563 U.S. 1038, 131 S. Ct. 2971, 180 L. Ed. 2d 256, 2011 U.S. LEXIS 4319.

June 6, 2011. Petition for writ of certiorari to the Court of Appeals of Washington, Division 1, denied.

**No. 10-10096. David L. Woodward, Petitioner v. Kansas.**

563 U.S. 1038, 131 S. Ct. 2972, 180 L. Ed. 2d 256, 2011 U.S. LEXIS 4327, ▮

June 6, 2011. Petition for writ of certiorari to the Supreme Court of Kansas denied.

Same case below, 248 P.3d 280.

**No. 10-10104. Arthur Botany, Petitioner v. Peter Huibregtse, Warden.**

563 U.S. 1038, 131 S. Ct. 2972, 180 L. Ed. 2d 256, 2011 U.S. LEXIS 4193, ▮

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-10120. Harry Smith, Jr., Petitioner v. Harold W. Clarke, Director, Virginia Department of Corrections.**

563 U.S. 1038, 131 S. Ct. 2972, 180 L. Ed. 2d 256, 2011 U.S. LEXIS 4337.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-10156. Kareem Allen, Petitioner v. Georgia.**

563 U.S. 1038, 131 S. Ct. 2973, 180 L. Ed. 2d 256, 2011 U.S. LEXIS 4254.

June 6, 2011. Petition for writ of certiorari to the Supreme Court of Georgia denied.

Same case below, 288 Ga. 263, 702 S.E.2d 869.

**No. 10-10163. Bridgette Burgin, Petitioner v. Tim LaHaye, et al.**

563 U.S. 1038, 131 S. Ct. 2973, 180 L. Ed. 2d 256, 2011 U.S. LEXIS 4204, ▮

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 399 Fed. Appx. 464.

**No. 10-10172. David Coades, Petitioner v. Court of Common Pleas of Pennsylvania, Chester County, Numbers 0-190-197 April Term 1976.**

563 U.S. 1038, 131 S. Ct. 2974, 180 L. Ed. 2d 256, 2011 U.S. LEXIS 4194.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-10224. Thomas Edward Nesbitt, Petitioner v. Robert P. Hous-**